UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMOT THONGVILAY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>FIELD OFFICE DIRECTOR, SAN FRANCISCO FIELD OFFICE, et al.,<br><br>　　　　Respondents. | Case No. 23-cv-05724-TLT<br><br>**ORDER OF DISMISSAL** |

Petitioner, who was previously detained by United States Immigration and Customs Enforcement (ICE) at the Mesa Verde Detention Center in Bakersfield, filed a petition under 28 U.S.C. § 2241 seeking federal habeas relief.  Petitioner has filed a request to voluntarily dismiss this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  ECF 13.  Fed. R. Civ. P. 41(a)(1) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, and that such dismissal is without prejudice.  Fed. R. Civ. P. 41(a)(1).  Respondents have not filed an answer or dispositive motion.  Accordingly, petitioner's request for voluntary dismissal is GRANTED.  This action is DISMISSED without prejudice.  The Clerk shall enter judgment against petitioner and in favor of respondents and close the case.

**IT IS SO ORDERED.**

Dated: January 24, 2024

TRINA L. THOMPSON
United States District Judge